IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RYON RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv507-MHT |
| | ) | (WO) |
| CLEVON T. RANDOLPH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Jefferson Dunn's motion to dismiss (Doc. 19) is granted.

(2) Defendant Dunn is dismissed without prejudice.

This case is not closed.

DONE, this the 16th day of August, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE