**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **RYON RUSSELL, AIS No. 307431,** )<br>)<br>    Plaintiff,                )<br>)<br>    v.                       )<br>)<br>**SERGEANT RANDOLPH, et al.,** )<br>)<br>    Defendants.              ) | **CIVIL ACTION NO.**<br>**2:21cv507-MHT**<br>**(WO)** |

**JUDGMENT**

Upon consideration of plaintiff's unopposed motion to dismiss without prejudice (Doc. 30), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of October, 2022.

                    /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**